**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALISON PALMER** *et al.,*<br>        **Plaintiffs,**<br><br>**v.**<br><br>**CONDOLEEZZA RICE**,<br>        **Defendant.** | **Civil Action No. 76-1439 (HHK/JMF)** |
| **MARGUERITE COOPER** *et al.,*<br>        **Plaintiffs,**<br><br>**v.**<br><br>**CONDOLEEZZA RICE,**<br>        **Defendant.** | **Civil Action No. 77-2006 (HHK/JMF)** |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that:

1.    Defendant's Motion for a Protective Order ("Def.'s Mot.") [#570] is **DENIED as MOOT**; and it is **FURTHER ORDERED** that

2.    Plaintiffs' Motion for Discovery Pursuant to Rule 56(f) and to Stay the Time for Responding to Defendant's Motion to Terminate the Requirements in the 1996 Global Consent Decree Regarding the Foreign Service Written Examination Until Discovery Is Complete ("Pls.' Mot.") [#591] is **GRANTED**; and it is **FURTHER ORDERED** that

3.    Defendant's Renewed Motion for a Protective Order Regarding June 4, 2004

Discovery on Examination Issues ("Def.'s Renewed Mot.") [#597] is **DENIED**;

and it is **FURTHER ORDERED** that

4.      Defendant's Motion to Terminate the Requirements in the 1996 Global Consent

Decree Regarding the Foreign Service Written Examination ("Mot. to Term.")

[#582] is **DENIED WITHOUT PREJUDICE** pending further discovery and may

be renewed once discovery is complete.


**SO ORDERED.**


_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: